**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 00-6599**

———————

In Re: THOMAS CARVER STEPHENS,

                                            Petitioner.

———————

On Petition for Writ of Mandamus.  (CR-98-83)

———————

Submitted:  June 15, 2000          Decided:  June 26, 2000

———————

Before NIEMEYER and MOTZ, Circuit Judges, and HAMILTON, Senior Cir-
cuit Judge.

———————

Petition dismissed by unpublished per curiam opinion.

———————

Thomas Carver Stephens, Petitioner Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Thomas Carver Stephens petitions this court for a writ of mandamus and requests that we stay district court proceedings in his 28 U.S.C.A. § 2255 (West Supp. 2000) action. The district court has entered a final order denying relief on Stephens' § 2255 motion. Accordingly, while we grant leave to proceed in forma pauperis, we dismiss the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DISMISSED